**Lowenthal Securities Company, appellee, v. White Paving Company, appellant. Gen. No. 31,824.**

Assumpsit on written agreement to sell city bonds. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 12, 1927.

Clarence S. Darrow and William H. Holly, for appellant. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Alexander & Tucker Realty Company, appellee, v. Emma Auer, appellant. Gen. No. 31,679.**

Action to recover realty broker's commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed with judgment of *nil capiat*. Opinion filed December 12, 1927.

Albert S. Louer and Adams & Baker, for appellant; Arthur Abraham, of counsel. William Slack, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Eugene A. Bournique, appellee, v. John B. Drake, appellant. Gen. No. 31,695.**

Action for realty broker's commission. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 12, 1927. Rehearing denied December 27, 1927.

Gardner, Foote, Burns & Morrow, for appellant; Walter M. Fowler, of counsel. Miller, Gorham, Wales & Noxon, for appellee; Amos C. Miller and Edward R. Adams, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**A. H. Woods Theatre, appellant, v. North American Union, appellee. Gen. No. 31,717.**

Action for rent. Judgment for defendant. See 246 Ill. App. 521. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed with a finding of fact. Opinion filed December 12, 1927. Rehearing denied December 28, 1927.

Ryan, Condon & Livingston, for appellant; David J. Greenberg and John M. Tuohy, of counsel. Brannan, Markman & Maloney, for appellee.

Mr. Justice McSurely delivered the opinion of the court.